UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARON MICHAEL OLIVER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES F. REILLEY, et al.,<br><br>　　　　Defendants. | No.  2:14-cv-0869 JAM KJN P<br><br><br><br>FINDINGS AND RECOMMENDATIONS |

　　　　By order filed April 11, 2014, this court informed plaintiff that his proposed complaint failed to state a potentially cognizable legal claim pursuant to 42 U.S.C. § 1983.  (See ECF No. 4.)  The court noted that it appeared that the defects in the complaint could not be cured by amendment.  Nevertheless, the court granted plaintiff leave, within thirty days, to submit a completed application to proceed in forma pauperis, or to request  voluntary dismissal of this action.  Plaintiff was informed that failure to timely respond to the court's order would result in a recommendation that this action be dismissed without prejudice.

　　　　The time for responding to the court's order has expired.  Therefore, in light of plaintiff's failure to timely respond to the court's order, the undersigned recommends dismissal of this action without prejudice.

////

////

1

Accordingly, for the foregoing reasons, IT IS RECOMMENDED that:

1. This action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 19, 2014

/oliv0869.dsms

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE